GIBSON, DUNN & CRUTCHER LLP
KATHERINE V.A. SMITH, SBN 247866
  ksmith@gibsondunn.com
ANGELA REID, SBN 323057
  areid@gibsondunn.com
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: 213.229.7000
Facsimile:  213.229.7520

GIBSON, DUNN & CRUTCHER LLP
MEGAN COONEY, SBN 295174
  mcooney@gibsondunn.com
3161 Michelson Drive
Irvine, CA 92612-4412
Telephone: 949.451.3800
Facsimile:  949.451.4220

Attorneys for FORD MOTOR COMPANY

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LISA CHILDRESS, individually and on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>FORD MOTOR COMPANY; and DOES 1-100, inclusive,<br><br>Defendants. | CASE NO. 5:23-cv-01949<br><br>**DECLARATION OF DHARANIDHARAN SUBRAMANIAM IN SUPPORT OF NOTICE OF REMOVAL OF CLASS ACTION** |

I, Dharanidharan Subramaniam, declare as follows:

1. I am a Digital Human Resources, Executive Director at Ford Motor Company ("Ford"). I am competent to testify, and make this declaration based on my personal knowledge of the facts set forth in this declaration and based on business records and data that Ford maintains in the regular course of its business that I have access to and have reviewed. I make this declaration in support of Ford's Notice of Removal of Class Action.

2. In my role as a Digital HR Executive Director, I am responsible for, among other things, providing general human resources support to Ford associates at all job levels, including Ford employees in California. I have been employed by Ford since March 28, 2005.

3. Ford is incorporated in Delaware and our headquarters and corporate officers are located in Dearborn, Michigan.

4. In the normal course of our business operations, Ford maintains personnel records relating to its employees in California. Using the business records and data available to me, I determined the following:

    a. According to Ford's records, Ford employed at least 340 full-time, non-exempt employees in in California between July 20, 2019 and September 20, 2023.

    b. Ford's practice during the one-year period prior to the filing of the Complaint has been to issue paychecks to California non-exempt employees on a weekly basis (every week), as such, a pay period includes one week.

    c. During the one-year period prior to the filing of the original Complaint, Ford employed approximately at least 240 full-time, non-exempt team members in California. These employees worked a total of at least 8,000 pay periods from July 20, 2022 to September 20, 2023.

Gibson, Dunn & Crutcher LLP

1

  d. According to Ford's records, at least 140 non-exempt employees in California ended their employment with Ford between July 20, 2020 and September 20, 2023. The average hourly rate of pay for those employees was at least $23.00.

  e. During the four-year period prior to the filing of the Complaint, Ford employed at least 340 full-time, non-exempt employees in California. These employees worked an aggregate of at least 35,000 pay periods from July 20, 2019 and September 20, 2023, and were paid at an average hourly rate of at least $23.00.

I declare under penalty of perjury pursuant to the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed at Dearborn, on the 22nd day of September, 2023.

_____
Dharanidharan Subramaniam