GIBSON, DUNN & CRUTCHER LLP
KATHERINE V.A. SMITH, SBN 247866
　ksmith@gibsondunn.com
ANGELA REID, SBN 323057
　areid@gibsondunn.com
333 South Grand Avenue
Los Angeles, CA 90071
Telephone: 213.229.7000
Facsimile: 213.229.7520

MEGAN COONEY, SBN 295174
　mcooney@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
3161 Michelson Drive, Suite 1200
Irvine, CA 92612-4412
Telephone: 949.451.3800
Facsimile: 949.451.4220

Attorneys for Defendant
FORD MOTOR COMPANY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| LISA CHILDRESS, on behalf of herself and all others similarly situated,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>FORD MOTOR COMPANY, a Delaware Corporation; and DOES 1-100, inclusive,<br><br>　　　　Defendants. | CASE NO. 5:23-cv-01949-JWH-SHK<br><br>**JOINT NOTICE OF SETTLEMENT**<br><br><br>Action Filed:　July 20, 2023<br>Trial Date:　　None Set |

Plaintiff Lisa Childress ("Plaintiff") and Defendant Ford Motor Company ("Defendant"), by and through their respective counsel, hereby provide this Court with notice as follows:

The Parties notified this Court on May 10, 2024 that they intend to attend mediation on October 18, 2024 in order to potentially reach a global class-wide resolution of the instant action, and another related putative class action, *Heard v. Ford Motor Company*, Case No. 2:23-cv-02397-DAD-AC. On October 11, 2024, the Parties also requested that the Court continue the November 1, 2024 scheduling conference and all related deadlines to dates after December 1, 2024 in light of the Parties' October 18, 2024 mediation. Accordingly, on October 22, 2024, this Court continued the Parties' scheduling conference to December 6, 2024.

At the October 18, 2024 mediation, the Parties reached a class-wide settlement in principle based upon the mediator's proposal. The Parties are currently in the process of drafting the Memorandum of Understanding ("MOU"). Once the MOU is executed, the Parties will begin drafting the long form settlement agreement to finalize the material terms of the settlement.

In order for the Parties to continue finalizing the material terms of the long form settlement agreement, the Parties respectfully request that the Court vacate the December 6, 2024 scheduling conference and all related deadlines.

DATED: October 25, 2024         GIBSON, DUNN & CRUTCHER LLP
                                KATHERINE V.A. SMITH
                                MEGAN COONEY


                                By: */s/ Megan Cooney*
                                    Megan Cooney

                                Attorneys for Defendant
                                FORD MOTOR COMPANY

DATED: October 25, 2024

ABRAHAMSON LABOR GROUP
NEIL LARSEN

By: */s/ Neil Larsen*
      Neil Larsen

Attorneys for Plaintiff
LISA CHILDRESS

**ATTESTATION PURSUANT TO L.R. 5-4.3.4**

I, Megan Cooney, attest that all other signatories listed, and on whose behalf this stipulation is submitted, concur in the contents of the stipulation and have authorized this filing.

DATED: October 25, 2024

                                                 */s/ Megan Cooney*
                                                    Megan Cooney